Argued February 3—decided February 4, 1970

STEVEN C. LEE *v.* CHARLES S. MARSHALL ET AL.

The motion by the defendants dated November 20, 1969, to dismiss the appeal from the Superior Court in Fairfield County is granted.

The motion by the defendants dated December 24, 1969, to dismiss the appeal from the Superior Court in Fairfield County is granted.

*Frank W. Murphy,* corporation counsel, for the appellees (defendants).

*George D. Constantikes,* for the appellant (plaintiff).

Argued February 3—decided February 4, 1970